UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

**CHRISTOPHER SPANGLER,**   CASE NO.:  3:15-CV-22-TCB
**ON BEHALF OF HIMSELF**
**AND THOSE SIMILARLY**
**SITUATED,**

 Plaintiff,

vs.

**NCR Corporation, A Maryland**
**Corporation and FIELD**
**SOLUTIONS, INC., a Minnesota**
**Corporation,**

 **Defendants.**                       /

*This is a Court-Authorized Notice and is not a Solicitation from a Lawyer.*
<u>*The Court Has Made No Finding as to the Merits of the above-referenced case (the "Lawsuit"), nor has the Court finally determined that this Lawsuit may proceed on a collective basis.*</u>

The purpose of this Notice is to inform you of the existence of the Lawsuit, which has been conditionally certified as a collective action.  You are potentially "similarly situated" to the named Plaintiff, and may have a right to participate as an opt-in plaintiff in this Lawsuit.  This Notice advises you of how your rights may be affected by this Lawsuit, and instructs you on the procedure for participating in this Lawsuit.

**IF YOU ARE OR WERE AN HOURLY PAID WORKER WHO WORKED AT NCR'S FACILITIES IN PEACHTREE CITY OR COLUMBUS, GEORGIA AND YOU PERFORM OR PERFORMED THIS WORK UNDER CONTRACT WITH FIELD SOLUTIONS, AND ARE OR WERE CLASSIFIED AS AN INDEPENDENT CONTRACTOR,**

**AT ANY TIME BETWEEN \_\_\_\_TO PRESENT, THIS LAWSUIT MAY AFFECT YOUR RIGHTS.**

- Christopher Spangler ("Plaintiff") is a former help-desk worker who worked at NCR's Peachtree City, Georgia facility. He performed the work under a contract with Field Solutions and was classified as an independent contractor. He has brought the Lawsuit against NCR and Field Solutions in federal court in the Northern District of Georgia, alleging that NCR and Field Solutions misclassified him and other hourly paid workers at NCR's Peachtree City and Columbus, Georgia locations as independent contractors and did not pay him and the other workers one and one-half times their regular rate for hours worked over 40 in one workweek. Specifically, Plaintiff alleges that NCR and Field Solutions only paid him and other similarly situated workers "straight time" (their regular hourly rate) for any overtime hours worked. Plaintiff alleges that NCR and Field Solutions violated the Fair Labor Standards Act (the "overtime law") by these practices.

- NCR and Field Solutions deny the Plaintiff's allegations and maintain that they abide by all obligations under the Fair Labor Standards Act.

- The Court has not decided whether Defendants or the Plaintiff are correct. However, the Court has permitted Plaintiff to send this Notice to all hourly workers who were classified as independent contractors and who were assigned to work at NCR's Peachtree City or Columbus, Georgia facilities through Field Solutions within the last three years, so that they may decide whether to "opt-in" to, or join, this Lawsuit. By establishing the Collective Action and issuing the notice, the Court is not suggesting that the Plaintiff will win or lose the case.

- You now have a choice:

| YOUR LEGAL RIGHTS & OPTIONS | |
|---|---|
| **Do Nothing** | **Do Nothing. Lose Nothing (except resulting from the passage of time).** By doing nothing, you retain your legal rights to bring your own separate suit at your own expense against NCR or Field Solutions (within the applicable statute of limitations period, which is normally two years) |

| | |
|---|---|
| | for allegedly unpaid overtime compensation.  If this case is finally certified to proceed on a collective basis and if money or benefits are later awarded in this case, you will not share in them. |
| **Ask to Be Included** | **Complete Consent to Become Opt-in Plaintiff Form.** By "opting in," you gain the possibility of receiving money or benefits that may result from a trial or any settlement on a collective basis. |
| **Effect of Joining Suit** | If you choose to join this Lawsuit, you will be bound by the final resolution of this case, if it proceeds on a collective basis, whether the resolution is by a judgment or settlement, and whether the resolution is favorable or unfavorable.  By joining this Lawsuit, you designate the named Plaintiff as your agent to make decisions on your behalf concerning the Lawsuit, the method and manner of conducting this Lawsuit, the entering of an agreement with Plaintiff's counsel concerning attorneys' fees and costs, and all other matters pertaining to this Lawsuit.  These decisions and agreements made and entered into by the named Plaintiff will be binding on you if you join this Lawsuit.  While the suit is pending, you may be required to provide documents and information related to the services you provided to NCR through Field Solutions, review and verify written discovery responses, appear for and provide testimony for your deposition, and testify at trial.  Moreover, if you choose to join the Lawsuit and Defendants win the Lawsuit, you may be subject to attorneys' costs and expenses incurred by Defendants as a result of this case. If a judgment is entered on a collective basis or if settlement is reached, you may be required to declare a portion of the Plaintiff's attorney's fees as income on your taxes, but you should consult your tax advisor about this possibility. |
| **Legal Representation if You Join** | If you choose to join in the Lawsuit, you will be represented by the Representative Plaintiff through his attorney as counsel for the class unless you elect to retain an attorney of your own choosing and at your own cost. |

Your options are included in this Notice.  To opt-in, you must complete the Consent to Become Opt-in Plaintiff Form and forward it to the claims administrator identified in the Form.  The Consent to Become Opt-in Plaintiff Form must be received by the claims administrator by the close of business on _____.  If you fail to timely submit your Consent to Become Opt-in Plaintiff Form on or before the above deadline date, you may not be able to participate in this Lawsuit. If you have any questions or concerns, please contact:

**C. Ryan Morgan, Esquire**
Morgan & Morgan, P.A.
20 N. Orange Ave., Ste. 1400
Orlando, FL 32802-4979
Telephone: (407) 418-2069
Facsimile: (407) 245-3401
rmorgan@forthepeople.com