UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| CHRISTOPHER SPANGLER, ON BEHALF OF HIMSELF AND THOSE SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>NCR CORPORATION, A MARYLAND CORPORATION AND FIELD SOLUTIONS, INC., A MINNESOTA CORPORATION,<br><br>Defendants. | Civil Action No. 3:15-CV-22-TCB |

## ORDER

Pursuant to the Parties' Joint Motion for Dismissal with Prejudice, the Court hereby **APPROVES** the settlement between Plaintiffs and Defendant NCR Corporation, **APPROVES** the settlement between Plaintiffs and Defendant Field Solutions, Inc., and **DISMISSES** the above-entitled action against Defendants NCR Corporation and Field Solutions, Inc. with prejudice.

The Court shall retain jurisdiction over this action solely for purposes of enforcing the settlement agreements between Plaintiffs and Defendants NCR Corporation and Field Solutions, Inc., if necessary.

24691435v.1

DONE and ORDERED this \_\_7th\_\_ day of \_\_March\_\_, 2016.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

24691435v.1